UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :   **UNSEALING ORDER**
                                    :
            - v. -                  :   22 Cr. 352 (___)
                                    :
JATIEK SMITH,                       :
    a/k/a "Tiek,"                   :
SEQUAN JACKSON,                     :
    a/k/a "Supa,"                   :
ANTHONY MCGEE,                      :
    a/k/a "Touch,"                  :
KAHEEN SMALL,                       :
    a/k/a "Biz,"                    :
DAMON DORE,                         :
    a/k/a "Demo,"                   :
HASIM SMITH,                        :
    a/k/a "Hoodie,"                 :
RAHMIEK LACEWELL,                   :
    a/k/a "Ready,"                  :
MANUEL PEREIRA,                     :
    a/k/a "Manny," and              :
OCTAVIO PERALTA,                    :
                                    :
            Defendants.             :
                                    :
------------------------------------ X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Rushmi Bhaskaran;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       June 28, 2022

_____
HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE