AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 22-CR-352 (JSR) |
| Jatiek Smith | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jatiek Smith     .

Date: 07/07/2022

*Attorney's signature*

Anthony M. La Pinta (AML 6505)
*Printed name and bar number*

200 Vanderbilt Motor Parkway, Suite C-17
Hauppauge, New York 11788

*Address*

lapintaesq@aol.com
*E-mail address*

(631) 231-1199
*Telephone number*

(631) 300-4380
*FAX number*

