# Julie Ann de Almeida
(415) 305 1211 • julie@jdealmeidalaw.com

## ADMITTED TO:

The State Bar of New York, Southern District of New York

The State Bar of California, Northern District of California

## EMPLOYMENT HISTORY

**Law Offices of Julie de Almeida**  New York, New York
**Attorney/Expert in Litigation Support Services/**  04/2011 to Present
**National Coordinating Discovery Attorney**

- Trial preparation, database management, document review and client meetings
- Assist as second counsel during pre-trial and trial stages of the proceedings
- Meet with clients and review case facts, strategy, and procedure
- Legal research and writing
- Coordinate complex and voluminous cases by managing and organizing discovery databases,
- Create e-discovery tools such as hyperlinked indices, .pdf search tools, wiretap spreadsheets with geolocation, jail call spreadsheets and tutorials for proprietary programs

**Law Offices of Richard B. Mazer**  San Francisco, CA
**Associate Attorney**  08/2004 – 04/2011

- Represent clients at all stages of proceedings in Federal Court including, but not limited to, arraignments, detention hearings, pre-trial motions, trial, settlement conferences and plea negotiations, and sentencing
- Draft motions/briefs, receive, review and respond to discovery production and draft discovery requests
- Meet with clients and review case facts, strategy, and procedure
- Participate in challenging authorization of death eligible defendants, assist on death penalty appeals and habeas corpus petitions
- Supervise complex and voluminous cases by managing and organizing discovery databases, paralegal tasks and e-discovery
-

## EDUCATION

**Golden Gate University School of Law**  San Francisco, CA
**Juris Doctorate**  8/2000- 5/2003
**Litigation and International Law Specialization Certificates**
- **Scholarships:** Merit Scholar, Honors Lawyering Program

**Tulane University**  New Orleans, LA
**Bachelor of Arts in Political Science and Philosophy**  8/1994 – 5/1998
Sophie B. Newcomb College

## COMPUTER SKILLS

Cellebrite, Casepoint, Invendica, Summation, Casemap, Concordance, Catalyst, AccessData, Orange Legal, Trial Director, Timemap, Summation, IPro, ReadySuite, dtSearch, Adobe Pro, Microsoft Office, Corel WordPerfect, Mac OS, Eclipse, FTK Imager

# JULIE DE ALMEIDA'S FEDERAL COURT CASE EXPERIENCE:

## FEDERAL TRIALS:

**Case Name:** *U.S. v. James Capers*
**Case No.** CR- 15-607 (WHP) (NY-S)
**Presiding Judge:** Honorable William H. Pauley
**Nature of Case:** 18 USC 1961(4), 18 USC 1962(d), 18 USC 1959 (b) (2), 18 USC 1961(1), 21 USC 841(a) (1), 21 USC 841 (b) (1) (A), 21 USC 848 (e) (1) (A), 18 USC 2, 18 USC 924 (j) and (2), 18 USC 924 (c) (1) (A) (iii) and 2
**Role in Case:** Assistant Counsel and Expert in Litigation Services
**Counsel:** Andrew Patel, Esere Onaodowan

**Case Name:** *U.S. v. Anthony Boykin*
**Case No**: CR- 10-391 (CM) (NY-S)
**Presiding Judge:** Honorable Colleen McMahon
**Nature of Case:** 18 USC 1961(1) and (5); 18 USC 1962(c); 21 USC 812, 841, 843, 846; 18 USC 1512, 18 USC 1962(d)
**Role in Case:** Assistant Counsel and Paralegal
**Counsel:** Lisa Scolari

**Case Name:** *U.S. v. Khusar Mobley*
**Case No.:** CR-12-00235 (YGR) (CA-N)
**Presiding Judge:** Honorable Yvonne Gonzalez Rogers
**Nature of Case:** 18 USC 371, 18 USC 111(b), 18 USC 2114 (a), 18 USC 924 (c)(1)(A)(ii)
**Role in Case:** Associate Counsel, Legal Research and Writing Counsel, Trial Preparation
**Counsel:** Kenneth Wine

**Case Name:** *U.S. v. Christopher Ablett*
**Case No.:** CR-09-0749 (RS) (CA-N)
**Presiding Judge:** Honorable Richard Seeborg
**Nature of Case:** 18 USC 3591 (a), 18 USC 3591 (a)(2)(A), 18 USC 3591 (a)(2)(B)
**Role in Case:** Assistant Counsel, Legal Research and Writing Counsel and Paralegal
**Counsel:** Richard Mazer, Michael Burt

**Case Name:** *U.S. v. Mabelle Dann*
**Case No:** CR- 08-00390 (CA-N)
**Presiding Judge:** Honorable Claudia Wilken
**Nature of Case:** 18 USC 371 and 1546, 18 USC 1546 (a), 18 USC 1589 and 1594 (a), 18 USC 1592, 18 USC l324 (a)(l)(A)(iii) and (B)(i)
**Role in Case:** Expert in Litigation Support Services
**Counsel:** FPD Jerome Matthews

**Case Name:** *U.S. v. John That Luong, et al.*
**Case No.:** CR-99-433 (WBS) (CA-E)
**Presiding Judge:** Honorable William B. Schubb
**Nature of Case:** 18 USC 1956 (h), 18 USC 1956 (a)(l)(B)(i), 18 USC

2

1957(a), 18 USC 5324 (a)(3)
**Role in Case:** Assist with trial preparation, legal research and writing, and audit trial
**Counsel:** Richard Mazer

## FEDERAL DEATH ELIGIBLE CASES:

**Case Name:** *U.S. v. James Felton*
**Case No.:** CR-17-21 (WHP) (NY-S)
**Nature of Case:** 18 USC 1959 (b) (2), 841 (b) (1) A), 18 USC 111 (a), 18 USC 924 (j) (1), 924 (c) (1) (C) (i), and (2)
**Role in Case:** Expert in Litigation Support Services
**Counsel:** Jean Barrett, Lloyd Epstein

**Case Name:** *U.S. v Amaya-Sanchez (Authorized Death Penalty Case)*
**Case No.:** CR-16-403 (JFB) (NY-E)
**Nature of Case**: 18 USC 844(h)(1), 924(c0(1)(A)(i), 924(c)(1)(A)(ii), 924 (c)(1)(A)(iii), 923 (c)(1)(C), 924 (j)(1), 1512(k), 1959(a)(1), 1959(a)(3), 1959(a)(5), 1962(c), 1962(d), 1963,2,3 and 3551
**Role in Case:** Expert in Litigation Support Services
**Counsel:** David Ruhnke, Arnold Levine

**Case Name:** *U.S. v. Matthew Madonna*
**Case No.***:* CR 17-89 (CS) (NY-S)
**Nature of Case:** 18 USC 924 (c), 18 USC 924 (j), 18 USC 1959 (a) (1), 18 USC 1959 (a) (5), 18 USC 1962 (d)
**Role in Case:** Expert in Litigation Support Services
**Counsel:** Andrew Patel and Joshua Dratel

**Case Name:** *U.S. v. Joshua Mirabal*
**Case No.***:* CR 16-272 (VM) (NY-S)
**Nature of Case**: 21 USC 841(b)(1)(A), 841(b)(1)(c), 18 USC 924 (j)(1) and (2), 18 USC 924 (c)(1)(A)(i) and (ii) and 2, 18 USC 111 (a)(1) and (b) and
(2). **Role in Case:** Expert in Litigation Support Services
**Counsel:** Andrew Patel

**Case Name:** *U.S. v. Corey Brown*
**Case No.** CR-16-559 (DLC) (NY-S)
**Presiding Judge:** Honorable Denis L. Cote
**Nature of Case:** 21 USC 812, 841 (a) and 846, 18 USC Section 2, 18 USC 1962(d), 18 USC 1959 (b)(2), 18 USC 1959 (a)(1) and 2, 18 USC 924 (j) and 2.
**Role in Case:** Assistant Counsel and Expert in Litigation Services
**Counsel:** Andrew Patel, Jean Barrett

**Case Name:** *U.S. v. James Capers*
**Case No.** CR- 15-607 (WHP) (NY-S)
**Presiding Judge:** Honorable William H. Pauley
**Nature of Case:** 21 USC 812, 841 (a) (1), 841 (b)(1)(a) and 846, 18 USC 2, 18 USC 1962 (d), USC 1959 (b)(1) and 1961 (1), 18 USC 1959 (a)(1) and 2

3

**Role in Case:** Assistant Counsel and Expert in Litigation Services
**Counsel:** Andrew Patel, Esere Onaodowan

**Case Name*:* *U.S. v. Gorham Valentine*
**Case No:** CR 15-570 (KMK) (NY-S)
**Presiding Judge:** Honorable Judge Karas
**Nature of Case:** 18 USC 1961 (4), 924 c (1) (A) (iii), and 2, 18 USC 2314
**Role in Case:** Associate Counsel and Expert Litigation Support Services
**Counsel:** Andrew Patel, Joshua Dratel

**Case Name*:* *U.S. v. Oscar Martinez Hernandez*
**Case No:** CR 15-075 (JF) (San Juan, PR)
**Presiding Judge:** Honorable Judge Fuste
**Nature of Case:** 18 USC 2,111 and 1114,
**Role in Case:** Associate Counsel and Expert Litigation Support Services
**Counsel:** Jean Barrett, Jose Luis Debien

**Case Name*:* *U.S. v. Tyrone Felder*
**Case No:** CR 14 -604 (VB) (NY-S) **Presiding Judge:** Honorable Judge Briccetti **Nature of Case:** 18 USC 2119 and 2
**Role in Case:** Associate Counsel and Expert Litigation Support Services
**Counsel:** David Ruhnke, Andrew Patel

**Case Name*:* *U.S. v. Damion Hardy*
**Case No:** CR-04- 706 (FB) (NY-E)
**Presiding Judge:** Honorable Frederic Block
**Nature of Case:** 18 USC 1961(1) and (5), 21 USC 841 (a) (1), 18 USC 2, NY Penal Law 125.25(1) and 105.15
**Role in Case:** Associate Counsel and Technologist
**Counsel:** David Ruhnke, Jean Barrett and Francisco Celedonio

**Case Name:** *U.S. v. Abdul Adel Bary*
**Case No:** CR-98-1023 (LAK) (NY-S)
**Presiding Judge:** Honorable Judge Kaplan
**Nature of Case:** 18 USC 1116(b)(1), 18 USC 2332 (b)
**Role in Case:** Expert in Litigation Support Services
**Counsel:** Andrew Patel, Linda Moreno

**Case Name:** *U.S. v. Christopher Ablett*
**Case No.:** CR-09-0749 (RS) (CA-N)
**Presiding Judge:** Honorable Richard Seeborg
**Nature of Case:** 18 USC 3591 (a), 18 USC 3591 (a)(2)(A), 18 USC 3591 (a)(2)(B)

4

**Role in Case:** Associate Counsel, Legal Research and Writing Counsel, Paralegal
**Counsel:** Richard Mazer, Michael Burt

**Case Name:** *U.S. v. Walter Chinchilla, et al.*
**Case No.:** CR-08-00734 (WHA) (CA-N)
**Presiding Judge:** Honorable William H. Alsup
**Nature of Case:** 18 USC 3591 (a), 18 USC 3591 (a) (2) (A), 18 USC 3591 (a)(2)(B)
**Roee in Case:** Associate Counsel, Legal Research and Writing Counsel and Paralegal
**Counsel:** Richard Mazer

**Case Name:** *U.S. v. James Hill and David George, et al.*
**Case No.:** CR-OI-0149 & CR-04-0083 (MJ) (CA-N)
**Presiding Judge:** Honorable Martin Jenkins
**Nature of Case:** 18 USC 924 (0), 18 USC 924 (c), 18 USC 924 (c) (l)(A), 18 USC 922 (1), 21 USC 846, 21 USC 841 (A)(l)
**Role in Case:** Associate Counsel and Paralegal
**Counsel:** Richard Mazer, Robert Waggener, Gail Shifman, Michael Burt, John Philipsborn

## **COMPLEX FEDERAL CASES:**

**Case Name:** *U.S. v. Edwin Cortorreal et al.*
**Case No**.: 17-cr-438 (VEC) (NY-S)
**Presiding Judge:** Honorable Judge Valerie E. Caproni
**Nature of Case:** 18 USC 1962, 21 USC 846, 18 USC 924(j), 18 USC 924 (c)
**Role in Case:** Expert in Litigation Support Services

**Case Name:** *U.S. v. Lorenzo Randall, et al.*
**Case No.:** 19-cr-131 (PAE) (NY-S)
**Presiding Judge:** Honorable Judge Paul A. Engelmayer
**Nature of Case:** 18 USC 1594
**Role in Case:** Expert in Litigation Support Services

**Case Name:** *U.S. v. Randy Torres, et al.*
**Case No.:** 16-cr-00809 (VM) (NY-S)
**Presiding Judge:** Honorable Judge Victor Marrero
**Nature of Case:** 18 USC 924 (c), 21 USC 846, 18 USC 1962
**Role in Case:** Expert in Litigation Support Services

**Case Name:** *U.S. v Olabode Olukanni*
**Case No.** CR 17-00237 (MM) (OR)
**Presiding Judge:** Honorable Judge Michael McShane
**Nature of Case:** 18 USC 1343
**Role in Case:** Expert in Litigation Support Services

**Case Name:** *U.S. v. Irfan Amanat*
**Case No.:** CR 15-536 (PGG) (NY-S)
**Presiding Judge:** Honorable Paul G. Gardephe **Nature of Case:** 18 USC 1349, 18 USC 1343 and 2, Role in

5

Case: Expert in Litigation Support Services

**Case Name:** *U.S. v Steven Syder*
**Case No.** CR 17-54 (NRB) (NY-S)
**Presiding Judge:** Honorable Naomi Reice Buchwald
**Nature of Case:** 21 USC 841 (b) (1) (D), 21 USC 846, 18 USC 924 (c) (1) (A) (ii), (c)(1)(A)(iii), (c)(1)(C)(i) and 2,
**Role in Case:** Expert in Litigation Support Services

**Case Name:** *U.S. v. Kris Sargentakis*
**Case No.:** CR-15-00033 (NSR) (NY-S)
**Presiding Judge:** Honorable Judge Nelson Stephen Roman
**Nature of Case:** 18 USC 1513 (e)
**Role in Case:** Associate Counsel
**Counsel:** Andrew Patel

**Case Name**: *U.S. v. Robert Drake*
**Case No.:** CR-11-20133 (KHV) (KS)

**Presiding Judge:** Honorable Kathryn H. Vratil

**Nature of Case:** 18 USC 1344 and 2, 18 USC 20

**Role in Case:** Expert in Litigation Support Services

**Counsel:** Thomas Johnson

**Case Name:** *U.S. v. Leon Benzer*
**Case No.:** CR-13-0018 (JCM) (NV)
**Presiding Judge:** Honorable James C. Mahan
**Nature of Case:** 18 USC 1349, 18 USC 1343, 18 USC 1341, 18 USC 1001
**Role in Case:** Paralegal/Technologist
**Counsel:** Russ Aoki

**Case Name:** *U.S. v. Omar Butt/Lamb*
**Case No.:** CR-12-0083 (JCM) (NV)
**Presiding Judge:** Honorable Judge James C. Mahan
**Nature of Case:** 18 USC 371, 18 USC 1028(a)(1), 18 USC 1029 (a)(1), 18 USC 2
**Role in Case:** Paralegal/Technologist
**Counsel:** Russ Aoki

**Case Name:** *U.S. v. Cuong Tieu, et al.*
**Case No.:** CR-II-0097 (CRB) (CA-N)
**Presiding Judge:** Honorable Charles R. Breyer
**Nature of Case:** 18 USC 1962 (d), 18 USC 1962 (c), 21 D.S.C. 846,21 USC 841 (a)(1), 21 USC 846,21 USC 841 (c) (2), 21 USC 841 (a) (1)
**Role in Case:** Associate Counsel and Technologist
**Counsel:** Richard Mazer

**Case Name:** *U.S. v. Gabriel Barragan, et al.*

**Case No.:** CR-06-0734 (VRW)/(SI) (CA-N)
**Presiding Judge:** Honorable Vaughn R. Walker/Honorable Susan Illston
**Nature of Case:** 18 USC 1014, 18 USC 1957(a), USC 1957 (a) 18 USC 1028 (a)(8), (b)(1)(A)(i), (b)(3)(A), (c) 1 &2
**Role in Case:** Associate Counsel and Paralegal
**Counsel:** Richard Mazer,

**Case Name:** *U.S. v. Kan Wen Chong et al.*
**Case No.:** CR-IO-0565(JSW) (CA-N)
**Presiding Judge:** Honorable Jeffrey S. White
**Nature of Case:** 18 USC 371, 18 USC 545, 18 USC 2320 (a)
**Role in Case:** Associate Counsel, Legal Research and Writing Counsel and Paralegal
**Counsel:** Richard Mazer

**Case Name:** *U.S. v. Earl Nelson, et al.*
**Case No.:** CR-05-00208(CRB) (CA-N)
**Presiding Judge:** Honorable Charles R. Breyer
**Nature of Case:** 18 USC 1343 and 2,15 USC 1, 18 USC 2
**Role in Case:** Associate Counsel
**Counsel:** Richard Mazer, Geoffrey Hansen, Melinda Haag

**Case Name:** *U.S. v. Songfa Gong, et al.*
**Case No.:** CR-08-046J (PJH) (CA-N)
**Presiding Judge:** Honorable Phyllis J Hamilton
**Nature of Case:** 21 USC 841 (a)(1) and (b)(I) (C)
**Role in Case:** Associate Counsel
**Counsel:** Richard Mazer

**Case Name:** *U.S. v. Thomas McKenzie, et al.*
**Case No.:** CR-06-0266 (CRB) (CA-N)
**Presiding Judge:** Honorable Charles R. Breyer
**Nature of Case:** 21 USC 846,21 USC 841 (a)(l), 18 USC 1956 (h), 21 USC 843 (b)
**Role in Case:** Associate Counsel
**Counsel:** Richard Mazer

**Case Name:** *U.S. v. Michael Edison, et al.*
**Case No.:** CR-07-0074 (WHA) (CA-N)
**Presiding Judge:** Honorable William H. Alsup
**Nature of Case:** 18 USC 1343
**Role in Case:** Assistant Counsel and Paralegal
**Counsel:** Richard Mazer, Geoffrey Hansen

**Case Name:** *U.S. v. Emilia Vasquez, et al.*
**Case No.:** CR-02-20085 (JF) (CA-N)
**Presiding Judge:** Honorable Jeremy Fogel
**Nature of Case:** 18 USC 1956 (h), 18 USC 1956 (a), 18 USC 1956 (a)(3)(B)

**Role in Case** Associate Counsel
**Counsel:** Richard Mazer, Paul Meltzer

**Case Name:** *U.S. v. Josefina Rodriguez, et al.*
**Case No.:** CR-09-00103 (CRB) (CA-N)
**Presiding Judge:** Honorable Charles R. Breyer
**Nature of Case:** 21 USC 846, 21 USC 841 (b)(1) (A), 21 USC 841 (a) (1) (A) (vii), 18 USC 1956 (a)(2)(A)
**Role in Case:** Associate Counsel
**Counsel:** Richard Mazer

**Case Name:** *U.S. v. Tan Trinh, et al.*
**Case No.:** CR-09-00042 (SBA) (CA-N)
**Presiding Judge:** Honorable Sandra B. Armstrong
**Nature of Case:** 21 USC846, 841 (a)(1), 18 USC 1951, 18 USC 2114, 18 USC 371, 18 USC 924 (c)(1)(A)(ii)
**Role in Case:** Associate Counsel and Paralegal
**Counsel:** Richard Mazer

**Case Name:** *U.S. v. Barry Samuel, et al.*
**Case No.:** CR-07-00645 (MMC) (CA-N)
**Presiding Judge:** Honorable Maxine M. Chesney
**Nature of Case:** 21 USC 846, 21 USC 841 (b) (1) (a) (1), 18 USC 2,21 USC 841 (a)(1) and (b) (1) (B) (i) and 21 USC 841 (a) (1) and (b)
**Role in Case:** Associate Counsel and Paralegal
**Counsel:** Richard Mazer

## COORDINATING DISCOVERY ATTORNEY CASES:

**Case Name:** *U.S. v. Peter Le*
**Case No.:** 20-cr-057 (LO) (VA-E)
**Presiding Judge:** Honorable Liam O'Grady

**Case Name:** *U.S. v. Zelaya-Veliz*
**Case No.:** 20-cr-196 (AJT) (VA-E)
**Presiding Judge:** Honorable Anthony J. Trenga

**Case Name:** *U.S. v. Willie Evans*
**Case No.:** 20-cr-057 (GBD) (NY-S)
**Presiding Judge:** Honorable George B. Daniels

**Case Name:** *U.S. v. Prince Uko*
**Case No.:** 20-cr-00179 (DLC) (NY-S)
**Presiding Judge:** Honorable Denise L. Cote

1

**Case Name:** *U.S. v. Robert Wilson*
**Case No.:** 20-cr-00126 (LTS) (NY-S)
**Presiding Judge:** Honorable Laura Taylor Swain

**Case Name:** *U.S. v. Ediberto Santana*
**Case No.:** 20-cr-00022 (PAC) (NY-S)
**Presiding Judge:** Honorable Paul A. Crotty

**Case Name:** *U.S. v. Junior Melendez*
**Case No.:** 19-cr-025  (TSH) (MA)
**Presiding Judge:** Honorable D Timothy S. Hillman

**Case Name:** *U.S. v. Feliciano-Trinidad*
**Case No.:** 19-cr-00152 (JRS)  (PA-E)
**Presiding Judge:** Honorable Chief Judge Juan R. Sanchez

**Case Name:** *U.S. v. Carmelo Velez*
**Case No.:** 19-cr-00862 (VEC) (NY-S)
**Presiding Judge:** Honorable Valerie E. Caproni

**Case Name:** *U.S. v. Conde*
**Case No.:** 19-cr-808 (VEC) (NY-S)
**Presiding Judge:** Honorable Valerie E. Caproni

**Case Name:** *U.S. v. Juan Angel Aguirre*
**Case No:** 19-cr-130 LY (TX-W)
**Presiding Judge:** Honorable Lee Yeakel

**Case Name:** *U.S. v. Freddie Nieto-Figueroa*
**Case No.:** 19-cr-192 (LY) (TX-W)
**Presiding Judge:** Honorable Lee Yeakel

**Case Name:** *U.S. v. Alberto Marte*
**Case No.:** 19-cr795 (SHS) (NY-S)
**Presiding Judge:** Honorable Sidney H. Stein

**Case Name:** *U.S. v. Jakir Taylor*
**Case No.:** 19-cr-134 (FLW) (NY-S)
**Presiding Judge:** Honorable Chief Judge Freda H. Wolfson

**Case Name:** *U.S. v. Anthony Rose*
**Case No.:** 19-cr-789 (PGG) (NY-S)
**Presiding Judge:** Honorable Paul G. Gardephe

**Case Name:** *U.S. v. Freddy Montes*
**Case No.:** 17-cr-651 (GHM) (TX-S)
**Presiding Judge:** Honorable Judge Gray H. Miller

**Case Name:** *U.S. v. Fatimat Ola Idris*
**Case No.:** 19-cr-00333 (VDG) (TX-S)
**Presiding Judge:** Honorable Judge Vanessa D. Gilmore

**Case Name:** *U.S. v. Ariel Tavarez*
**Case No.:** 19-cr-00690 (KPF) (NY-S)
**Presiding Judge:** Honorable Judge Katherine Polk Failla

**Case Name:** *U.S. v. Pierre Riley*
**Case No.:** 18-cr-00116 (RJS-MJD) (IN-S)
**Presiding Judge:** Honorable Judge James r. Sweeney II

**Case Name:** U.S. v. *Keith Herd*
**Case: No.:** 18-cr-00449 (SDW) (NJ)
**Presiding Judge:** Honorable Judge Susan D. Wigenton

**Case Name:** *U.S. v. Beronica Rodriguez*
**Case: No.:** 19-cr-0036 (LY) (TX-W)
**Presiding Judge:** Honorable Judge Lee Yeakel

**Case Name:** *U.S. v. Angel Cruz*
**Case: No.:** 19-cr-00620 (JWF) (NY-W)
**Presiding Judge:** Honorable Judge Jonathan W. Feldman

**Case Name:** *U.S. v. Jeffrey Estevez*
**Case: No.:** 18-cr-00669 (DAB) (NY-S)
**Presiding Judge:** Honorable Judge Deborah A. Bats

**Case Name:** *U.S. v. James Briscoe*
**Case: No.:** 19-cr-00374 (TWP-MJD) (IN-S)
**Presiding Judge:** Honorable Tanya Walton Pratt

**Case Name:** *U.S. v. Patrick Avila*
**Case: No.:** 19-cr-00166 (VEC) (NY-S)
**Presiding Judge:** Honorable Judge Valerie E. Caproni

**Case Name:** *U.S. v. Sylvia Hofstetter, et. al*
**Case No.:** CR 15-0027 (TAV) (TN-E)

**Presiding Judge:** Honorable Chief Judge Thomas A. Varlan

**Case Name:** *U.S. v. Erick Lopez-Flores*
**Case No.:** 18-cr-10450 (MLW) (MA)

1

**Presiding Judge:** Honorable Mark L. Wolf

**Case Name:** *U.S. v. Kevin Coles, et. al*
**Case No.:** CR 16-00212 (CCC) (PA-M)
**Presiding Judge:** Honorable Chief Judge Christopher C. Conner

**Case Name:** *U.S. v. Oscar Contreras-Aguilar, et. al*
**Case No.:** CR 18-00123 (TSE) (VA-E)
**Presiding Judge:** Honorable District Judge T.S. Ellis III

**Case Name:** *U.S. v. Ramon de la Cerda, et. al*
**Case No.:** CR 15-00564 (SL) (TX-S)
**Presiding Judge:** Honorable District Judge Sim Lake

**Case Name:** *U.S. v. Lindell King*
**Case No.:** CR 18-003435 (LHR) (TX-S)
**Presiding Judge:** Honorable Chief Judge Lee H. Rosenthal

**Case Name:** *U.S. v. Svyatoslav Bondarenko*
**Case No.:** CR 17-306 (JCM-PAL) (NV)
**Presiding Judge:** Honorable James C. Mahan

**Case Name:** *U.S. v. Jordan Rodriguez*
**Case No.:** CR 15-205-23 (TGW) (FL-M)
**Presiding Judge:** Honorable Thomas G. Wilson

**Case Name:** *U.S. v. Jose Hernandez*
**Case No.:** CR 18-00420 (ALC) (NY-S)
**Presiding Judge:** Honorable Andrew L. Carter Jr**.**

**Case Name:** *U.S. v. Xavier Holman*
**Case No.:** CR 18-000041 (DLC) (NY-S)
**Presiding Judge:** Honorable Denise L. Cote

**Case Name:** *U.S. v. Kawain Nelson*
**Case No.:** CR 18-00454 (KPF) (NY-S)
**Presiding Judge:** Honorable Katherine Polk Failla

**Case Name:** *U.S. v. Hector Palermo*
**Case No.:** CR 17-290 (GHW) (NY-S)
**Presiding Judge:** Honorable Gregory H. Woods

**Case Name:** *U.S. v. Lattine Clark*
**Case No.:** CR 17-292 (VSB) (NY-S)
**Presiding Judge:** Honorable Vernon S. Broderick

**Case Name:** *U.S. v. R. Diaz*
**Case No.:** CR-17 339 (AJN) NY-S

**Presiding Judge:** Honorable Alison J. Nathan

**Case Name:** *U.S. v. Mark Benvenutti*
**Case No.:** CR 16-656 (GHW) NY-S
**Presiding Judge:** Honorable Gregory Woods

**Case Name:** *U.S. v. Robert DeBello*
**Case No.** CR 15-491 (LTS) (NY-S)
**Presiding Judge:** Honorable Laura T. Swain

**Case Name:** *U.S. v. Rudge*
**Case No.:** CR 16-311 (KW) (NY-S)
**Presiding Judge:** Honorable Kimba Wood

1