AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   22 CR 352 |
| Jatiek Smith | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jatiek Smith

Date:   08/01/2022

*Attorney's signature*

Michael Vitaliano MV3621
*Printed name and bar number*

The Vitaliano Law Firm, PLLC
1492 Victory Blvd., 3rd Floor
Staten Island, New York 10301

*Address*

michael@vitalianolawfirm.com
*E-mail address*

(718) 273-7800
*Telephone number*

*FAX number*