7/29/2022

Honorable Jed S.Rakoff

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Jatiek Smith 08188510

MDC Guaynanbo

Metropolitan Detention Center

P.O. Box 2005

Catano,PR 00963

Dear Judge Rakoff,

    I am writing to you regarding my criminal Case # 1:22-cr-00352-JSR. I am wishing to wave my rights to file any motions and proceed to a speedy trail. I understand the purpose of the motions and my lawyer has advised me as best as he can. I am disregarding his advice and would like to proceed with trial.

    I would also like to request to appear via video conference in the meantime while I am still incarcerated in Puerto Rico waiting for extradition to New York. All of my co-defendants have been arraigned and I do not want any delays to proceed to trail. I hope this letter pleases the court and you consider my request.

                                                                             Thank You

Jatiek Smith 08188-510
MDC Guaynabo
Metropolitan Detention Center
P.O. Box 2005
Cataño, PR 00963





7021 0350 0000 7702 0974

The Honorable Jed S. Rakoff
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY, 10007-1312

10007-131699