UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| JATIEK SMITH, et al, | ) **22 Cr. 352 (JSR)** |
| Defendants. | ) |

TO:   Clerk of Court
   United States District Court
   Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: */s/ Mary E. Bracewell*

   Mary E. Bracewell
   Assistant United States Attorney
   (212) 637-2218

TO: All counsel of record (via ECF)