AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22 Cr. 352 (JSR) |
| Jatiek Smith, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____.

Date:    08/08/2022

/s/
*Attorney's signature*

Adam S. Hobson (AH0106)
*Printed name and bar number*
U.S. Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York, 10007

*Address*

adam.hobson@usdoj.gov
*E-mail address*

(212) 637-2484
*Telephone number*

*FAX number*