# REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.
### – ATTORNEYS AT LAW –

| | |
|---|---|
| **200 VANDERBILT MOTOR PARKWAY**<br>**SUITE C-17**<br>**HAUPPAUGE, NEW YORK 11788** | **300 OLD COUNTRY ROAD**<br>**SUITE 341**<br>**MINEOLA, NEW YORK 11501**<br>(Correspondence to Hauppauge Office) |
| ANTHONY M. LA PINTA<br>JAMES T. REYNOLDS<br>PETER R. CARONIA (Ret.)<br>PAUL GIANELLI (Ret.) | OF COUNSEL<br><br>PETER H. MAYER, III, PLLC.<br>Justice, NYS Supreme Court (Ret.)<br><br>MARK D. COHEN<br>Judge, NYS Court of Claims (Ret.)<br><br>CHRISTOPHER J. PURCELL, P.C. |
| MICHAEL E. FEHRINGER<br>KYLE O. WOOD | |

TEL: 631-231-1199
FAX: 631-300-4380

**BY ECF**

August 9, 2022

The Honorable Jed S. Rakoff
United States District Court, SDNY
500 Pearl Street
New York, New York 10007

   Re: **United States v. Jatiek Smith**
      22-CR-352 (JSR)

Dear Judge Rakoff:

  I was recently substituted as counsel for defendant Jatiek Smith by Michael Vitaliano, Esq., who filed a notice of appearance on August 1, 2022. Kindly accept this request for me to be relived as counsel for Mr. Smith, who consents to this application.

  Please notify me if you are in need of anything further to accommodate this request.

Respectfully submitted,

*Anthony M. La Pinta*
**ANTHONY M. LA PINTA**

AML/mef

cc: AUSA Rushmi Bhaskaran (By ECF)