```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :       ORDER
                                    :
            -v.-                    :       22 Cr.352 (JSR)
                                    :
JATIEK SMITH,                       :
    a/k/a "Tiek,"                   :
SEQUAN JACKSON,                     :
    a/k/a "Supa,"                   :
ANTHONY MCGEE,                      :
    a/k/a "Touch,"                  :
KAHEEN SMALL,                       :
    a/k/a "Biz,"                    :
DAMON DORE,                         :
    a/k/a "Demo,"                   :
HASIM SMITH,                        :
    a/k/a "Hoodie,"                 :
RAHMIEK LACEWELL,                   :
    a/k/a "Ready,"                  :
MANUEL PEREIRA,                     :
    a/k/a "Manny," and              :
OCTAVIO PERALTA,                    :
                                    :
            Defendants.             :
                                    :
------------------------------------X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Mary E. Bracewell, dated August 11, 2022;

WHEREAS on or about November 8, 2021, the Government sought and obtained from the Honorable Analisa Torres an order authorizing the United States Department of the Treasury ("DOT") to disclose tax refund and payment information associated with the crimes charged in the Indictment (the "Tax Order"). On or about February

14, 2022, the Government received a production of documents from DOT in response to the Tax Order (the "Tax Documents");

WHEREAS trial in the above-captioned matter is currently scheduled to begin on May 1, 2023;

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in Title 26, United States Code, the Tax Documents are required to be produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure; and

IT IS HEREBY FURTHER ORDERED that the Tax Documents are probative of a matter in issue relevant in establishing the guilt of the defendants, *i.e.*, at the forthcoming trial in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
       August 11, 2022

                                    _____
                                    HONORABLE JED S. RAKOFF
                                    UNITED STATES DISTRICT JUDGE