UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JATIEK SMITH et al.,<br><br>Defendants. | 22-cr-352 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

For reasons stated at length on the record during the in-court conference held in the above-captioned case on 9/13/22 at 4:00 PM, the trials of defendants Jatiek Smith, Sequan Jackson, Damon Dore, and Rahmiek Lacewell will proceed as they requested on 11/28/22. The remaining defendants (Anthony McGee, Kaheen Small, Hasim Smith, Manuel Pereira, and Octavio Peralta) will proceed to trial as previously scheduled on 5/1/23.

SO ORDERED.

New York, NY
September 13, 2022

_____
JED S. RAKOFF, U.S.D.J.

1