MA78SMIC

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                          22 Cr. 352 (JSR)

JATIEK SMITH,

            Defendant.

------------------------------x
                                        New York, N.Y.
                                        October 7, 2022
                                        9:45 a.m.

Before:

                 HON. JED S. RAKOFF,

                                        District Judge

                     APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
RUSHMI BHASKARAN
ELIZABETH ESPINOSA
     Assistant United States Attorneys

MICHAEL VITALIANO
     Attorney for Defendant
```

1              (In open court; case called)

2              THE DEPUTY CLERK:  Will everyone please be seated and

3    will the parties please identify themselves for the record.

4              MS. BHASKARAN:  Good morning, your Honor.  Rushmi

5    Bhaskaran and Elizabeth Espinosa for the government.

6              MR. VITALIANO:  Good morning.  Michael Vitaliano for

7    Mr. Smith.

8              THE COURT:  Good morning.  And Mr. Smith is here.

9              So I received the following letter from Mr. Smith:

10             "Dear Judge Rakoff, I am writing to request the

11   dismissal of my attorney, Michael Vitaliano, Esq.  At this time

12   I am confused and I do not know what to think anymore.  I've

13   advised my counsel effective September 30" -- it says 2002, but

14   I am assuming he means 2022 -- "he would no longer be

15   representing me.  At this time I am looking for a continuance

16   or requesting for my trial date be moved.  I have yet to

17   receive my discovery and asking the Court to release it to me

18   so I can review and am adequately prepared for trial.  Kindly

19   accept this letter as my formal request to represent myself *pro*

20   *se* and relieve Mr. Michael Vitaliano, Esq. as my counsel.

21   Please notify me if you need anything further to accommodate my

22   request.  Sincerely, Jatiek S. Smith."

23             So the request for a continuance of the trial is

24   denied.  Mr. Smith had, as was his constitutional right,

25   demanded a speedy trial.  He was advised at the time that there

1  were downsides to that, but he persisted, as was his right, and
2  so we set the trial, and the trial is firmly, fully and finally
3  set for November 28, and that date will not change.
4            With respect to the request to change counsel, I think
5  we need to talk about that with Mr. Smith and his counsel in a
6  sealed proceeding, outside the presence of everyone but those
7  two.  So the government and also anyone in the courtroom needs
8  to go outside.  We will call you back in a few minutes.
9            (Continued on next page)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

|     |                                                                           |
| --- | ------------------------------------------------------------------------- |
| 1   | (Pages 4-11 sealed by order of Court)                                     |
| 2   | (In open court; all parties present).                                     |
| 3   | THE COURT:  Let me first note for the record that the                     |
| 4   | sealed portion of the transcript will be available only to the            |
| 5   | defendant, the defendant's counsel, and this Court.                       |
| 6   | We are now back on the unsealed portion of the record.                    |
| 7   | I had misread one sentence in the letter from                             |
| 8   | Mr. Smith.  I want to first correct that.                                 |
| 9   | He said, "At this time I am not looking for a                             |
| 10  | continuance or requesting for my trial date to be moved."                 |
| 11  | Of course, as I have already indicated, I won't move                      |
| 12  | it in any event, but he was not asking for that and I want to             |
| 13  | correct that misreading on my part.                                       |
| 14  | Mr. Smith and I and his counsel had a very useful                         |
| 15  | discussion and at the end he concluded that he wanted to go               |
| 16  | forward with his counsel rather than fire his counsel and                 |
| 17  | proceed *pro se*.  Of course, he reserves the right to reconsider         |
| 18  | that, but for now he is going to go forward with his consent              |
| 19  | and with his counsel.                                                     |
| 20  | So I think that's everything that I needed to cover.                      |
| 21  | Anything that the government needs to raise?                              |
| 22  | MS. BHASKARAN:  Nothing from the government.                              |
| 23  | THE COURT:  Anything that counsel needed to raise?                        |
| 24  | MR. VITALIANO:  No, Judge.  I would just ask for                          |
| 25  | medical attention for Mr. Smith when he goes back to the MDC.             |

MA78SMIC

1        THE COURT:  Medical attention?

2        MR. VITALIANO:  Medical attention.

3        THE COURT:  What's the problem?

4        THE DEFENDANT:  I have been writing sick holds since I
5   have been there.  I have another blood clot in my lungs.

6        THE COURT:  I am glad you raised that.  I want defense
7   and the government jointly to reach out to the relevant people
8   in the MDC to arrange for you to be seen by a doctor in the
9   next, let's say 24 hours.  If that cannot be arranged, and of
10  course the MDC has lots of problems and they are overcrowded,
11  then counsel should jointly call me and I will personally call
12  the warden and arrange for you to be seen by the doctor.  So
13  that will occur within the next 24 hours.

14       MR. VITALIANO:  Thank you, Judge.

15       THE COURT:  Very good.  Thanks a lot.

16       (Adjourned)