The Honorable Jed S. Rakoff

United States District Judge

Daniel Patrick Moynihan United State Courthouse

500 Pearl Street

New York, N.Y. 10007

Jatiek Smith 08188-510

MDC Brooklyn

P.O. Box 329002

Brooklyn, N.Y. 11232

Re: **United States of America V. Jatiek Smith, et al., 22 Cr. 352(JSR)**

Dear Judge Rakoff:

    Your honor it pains me to once again to have to write the court and I know all this is doing is further putting everyone against me. I do not think that Mr. Nooter wants to represent me.
    I expressed to him if he has no desire to truly represent me to the best of his ability then could he remove himself. I understand that I'm looked down on and viewed as just another criminal, but I am not a fool and I refuse to be treated as such because I'm not an attorney.
I know the court is tired of my letters and I understand if you don't appoint me another attorney but from what's being done it's like I don't have one anyway.

Sincerely,
Jatiek Smith