UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

       - v. -　　　　　　　　　　　　　　　　22 Cr. 352-1 (JSR)

JATIEK SMITH, et al,,

       Defendants.
-------------------------------------------------------X

MOTION FOR RELEASE ON CONDITIONS OF BAIL
<u>PURSUANT TO 18 U.S.C. § 3164 and MEDICAL ISSUES</u>.

     PLEASE TAKE NOTICE, that upon the annexed declaration of THOMAS H. NOOTER, attorney of record for the defendant JATIEK SMITH, and the annexed declaration of JATIEK SMITH, the defendant in this action, and upon the annexes Memorandum of Law and Exhibit, the defendant JATIEK SMITH will move this Court, at a time and date to be set by the Court, before the Honorable Jed S. Rakoff, United States District Judge, Southern District of New York, at the U.S. Courthouse located at 500 Pearl Street, New York, New York, for an ORDER: reconsidering the detention status of the defendant pursuant to 18 U.S.C. § 3164 and ordering his release on conditions which the defendant can meet, on the ground that his right to have a trial within ninety days of non-excluded time was violated as provided in that statute, and because the defendant is not being

-1-

provided with sufficient medical care or a diet appropriate to his medical conditions, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
February 9, 2022

Yours, etc.,

/s/ Thomas H. Nooter
THOMAS H. NOOTER
Attorney for Defendant Jatiek Smith

TO: Office of the United States Attorney
Southern District of New York