

The Honorable Jed S. Rakoff

United States District Judge

Daniel Patrick Moyniham United State Courthouse

500 Pearl Street

New York, N.Y. 10007

Jatiek Smith 08188-510

MDC Brooklyn

P.O. Box 329002

Brooklyn, N.Y. 11232

Re:   *United States of America V. Jatiek Smith, et al., 22 Cr. 352(JSR)*

1/16/2023

Dear judge Rakoff,

Today on 1/16/2023 at 12:00pm I received a visit from my attorney Mr. Thomas Nooter and Attorney Jill Shellow. After having a conversation with both attorneys, I would like to withdraw my recent letter. I was not aware that my former council Mr. Vitaliano just turned over the discovery and file to my new counsel. At this time, I am content with my representation at from this point moving forward I will go through my counsel to submit any letters to the court.

With this letter I would like to bring to your attention. A few weeks ago, I had to be rushed to the hospital for an emergency procedure. Which they had to remove food from my airway, and they found lumps in my throat which a biopsy was done, and I am currently waiting on a negative or positive cancer diagnosed. I have been asking for weeks to speak to someone from medical regarding the results. I am going crazy thinking if I have cancer or not. I am not sure if the courts can assist me with getting the results from the jail but I am pleading to get some assistance in getting my results, so I may the next step in my medical care.

Sincerely,

Jatiek Smith