UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                        :

UNITED STATES OF AMERICA           :

                                                        :      **NOTICE OF APPEARANCE**

              - v. -                          :

                                                        :      Dkt. No. 22 Cr. 352 (JSR)

JATIEK SMITH,                           :

                     Defendant.       :
-------------------------------------------------------

      PLEASE TAKE NOTICE that JILL R. SHELLOW, ESQ., an attorney duly admitted to practice before this Court, hereby appears as co-counsel, pursuant to the Criminal Justice Act, for defendant JATIEK SMITH in the above-captioned action.

Dated:      White Plains, NY
               February 13, 2023

                                          JILL R. SHELLOW
                                          15 Chester Avenue
                                          White Plains, NY  10601
                                          Tel:   (212) 792-4911
                                          Fax:  (212) 792-4946
                                          Email: jrs@shellowlaw.com

                                          By: _____/s/_____
                                                 Jill R. Shellow

                                        *Attorney for Defendant Jatiek Smith*