UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

   UNITED STATES OF AMERICA,     :

                                                    :

   vs.     :

                                         No. 22-cr-352 (JSR)

ANTHONY MCGEE, KAHEEN SMALL,    :
DAMON DORE, RAHMIEK LACEWELL,
et al.     :

             Defendants.

------------------------------------------------------------ X

## NOTICE OF
## DEFENDANTS ANTHONY MCGEE, KAHEEN SMALL, DAMON DORE, AND RAHMIEK LACEWELL'S MOTION TO SEVER

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all prior papers and proceedings, Defendants Anthony McGee, Kaheen Small, Damon Dore, and Rahmiek Lacewell respectfully move this Court before the Honorable Jed S. Rakoff, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order severing their trial from co-Defendant Jatiek Smith.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the deadlines set by the Court at the November 7, 2022 Pretrial Conference, the Government's opposition papers are due on February 27, 2023, and oral argument is scheduled for March 7, 2023 at 4:00 PM.

Dated: February 13, 2023                                         Respectfully submitted,

*/s/ Glen A. Kopp*                                               */s/ Jean D. Barrett*
Glen A. Kopp                                                     Jean D. Barrett
MAYER BROWN, LLP                                                 RUHNKE & BARRETT
1221 Avenue of the Americas                                      47 Park Street
New York, NY 10020                                               Montclair, NJ 07042
Tel: (212) 506-2648                                              Tel: (973)744-1000

*/s/ Daniel L. Stein*                                            *Attorney for Anthony McGee*
Daniel L. Stein
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue                                                 */s/ Lisa Scolari*
New York, NY10153                                                Lisa Scolari
Tel: (212) 310-8140                                              LAW OFFICE OF LISA SCOLARI
                                                                 20 Vesey Street
*Attorneys for Rahmiek Lacewell*                                 Suite 400
                                                                 New York, N.Y. 10007
                                                                 Tel: (212) 227-8899

                                                                 *Attorney for Kaheen Small*


                                                                 */s/ Michael D. Bradley*
                                                                 Michael D. Bradley
                                                                 BRADLEY LAW FIRM PC
                                                                 2 Park Avenue, 20th Floor
                                                                 New York, NY 10016
                                                                 Tel: (212) 235-2089


                                                                 *Attorney for Damon Dore*