UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

   UNITED STATES OF AMERICA,        :

                                           :

      vs.                             :
                                             No. 22-cr-352 (JSR)
ANTHONY MCGEE, KAHEEN SMALL,    :
DAMON DORE, RAHMIEK LACEWELL,
et al.                                       :

            Defendants.

------------------------------------------------------------ X

## DECLARATION OF GLEN A. KOPP IN SUPPORT OF
## DEFENDANTS ANTHONY MCGEE, KAHEEN SMALL, DAMON DORE, AND RAHMIEK LACEWELL'S MOTION TO SEVER

I, GLEN A. KOPP, pursuant to 28 U.S.C. § 1746, declare the following under penalty of perjury:

1. I am counsel to Defendant Rahmiek Lacewell in this case. I submit this affirmation in support of Defendants Lacewell's, McGee's, Small's, and Dore's Motion to Sever.

2. The grounds for this Motion are set forth in detail in the accompanying Memorandum of Law. It is respectfully requested that the facts set forth in the Memorandum of Law be incorporated by reference in this Affirmation.

3. All of the facts and circumstances described in the attached Memorandum of Law are true and accurate to the best of my knowledge based upon: (a) my personal knowledge gained through my review of the case file, my investigation, and investigations conducted at my request; (b) relevant case law; and (c) good faith information and belief.

4. No prior application for the relief sought in this Motion has been made.

5.  Attached hereto as Exhibit A is a true and correct copy of the November 12, 2021 Affidavit in Support of Application for Order Authorizing the Interception of Wire and Electronic Communications over Cellular Telephones, bearing Bates numbers USAO_000123 – USAO_000237, produced by the Government in these proceedings.

6.  Attached hereto as Exhibit B is a true and correct copy of the April 9, 2021 Agent Affidavit in Support of Application for Search and Seizure Warrant, bearing Bates numbers USAO_000323 – USAO_000334, produced by the Government in these proceedings.

7.  Attached hereto as Exhibit C is a true and correct copy of the October 14, 2021 Order of Interception, bearing Bates numbers USAO_000106 – USAO_000116, produced by the Government in these proceedings.

8.  Attached hereto as Exhibit D is a true and correct copy of the November 12, 2021 Order of Interception, bearing Bates numbers USAO_000264 – USAO_000274, produced by the Government in these proceedings.

9.  Attached hereto as Exhibit E is a cover sheet containing information regarding a video recording of a November 11, 2021 interview of Jatiek Smith, bearing Bates number USAO_010122, produced by the Government in these proceedings. Counsel for the Moving Defendants has provided a copy of the recording to the Court under separate cover.

WHEREFORE, it is respectfully requested that the Court grants the relief sought in the Motion to Sever, and any additional relief the Court deems appropriate.

Dated: February 13, 2023            Respectfully submitted,

*/s/ Glen A. Kopp*
Glen A. Kopp
MAYER BROWN, LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 506-2648

*Attorney for Defendant Rahmiek Lacewell*