# EXHIBIT E

USAO_010122

November 11, 2021 Recording of Interview of Jatiek Smith

Delivered to the Court under separate cover