UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------ X

UNITED STATES OF AMERICA,                :

                                               :

vs.                                       :
                                                No. 22-cr-352 (JSR)
ANTHONY MCGEE, KAHEE SMALL,               :
DAMON DORE, RAHMIEK LACEWELL,
ET AL.                                    :

          Defendants.

------------------------------------------------------------------------------ X

## NOTICE OF MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF GANG AFFILIATON

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all prior papers and proceedings, Defendants Anthony McGee, Kaheen Small, Damon Dore, and Rahmiek Lacewell (hereinafter, collectively, "the Moving Defendants") respectfully move this Court before the Honorable Jed S. Rakoff, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order prohibiting the government from introducing any evidence that references or implies that any of the Moving Defendants are affiliated with a gang.

Dated: February 13, 2023                                    Respectfully submitted,


*/s/ Glen A. Kopp*                                          */s/ Jean D. Barret*
Glen A. Kopp                                                Jean D. Barrett
MAYER BROWN, LLP                                            RUHNKE & BARRETT
1221 Avenue of the Americas                                 47 Park Street
New York, NY 10020                                          Montclair, NJ 07042
Tel: (212) 506-2648                                         Tel: (973)744-1000

*/s/ Daniel L. Stein*                                       *Attorney for Anthony McGee*
Daniel L. Stein
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue                                            */s/ Lisa Scolari*
New York, NY10153                                           Lisa Scolari
Tel: (212) 310-8140                                         LAW OFFICE OF LISA SCOLARI
                                                            20 Vesey Street
*Attorneys for Rahmiek Lacewell*                            Suite 400
                                                            New York, N.Y. 10007
                                                            Tel: (212) 227-8899

                                                            *Attorney for Kaheen Small*


                                                            */s/ Michael D. Bradley*
                                                            Michael D. Bradley
                                                            BRADLEY LAW FIRM PC
                                                            2 Park Avenue, 20th Floor
                                                            New York, NY 10016
                                                            Tel: (212) 235-2089


                                                            *Attorney for Damon Dore*