# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

March 2, 2023

<u>By ECF and Email</u>
The Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *United States v. Jatiek Smith* et al., No. 22 Cr. 352 (JSR)

Dear Judge Rakoff:

  Counsel represents Mr. Sequan Jackson in the above-referenced matter, pursuant to the Criminal Justice Act.

  After consulting jointly with Chambers and AUSA Hobson, we write on behalf of Mr. Jackson to respectfully withdraw Mr. Jackson's request to join in his co-defendants' motion to sever their trial from Mr. Smith's trial. To the extent relevant and applicable to the case against him, however, Mr. Jackson has expressed his intention to persist in his earlier request join his co-defendants' other motions.

  Your Honor's attention to this request is appreciated.

            Respectfully submitted,

            *Susan G. Kellman*
            Susan G. Kellman

cc: All counsel of record, by ECF

   Harry Larson, Esq.