UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

          - v. -                                  22 CR 352 (JSR)

JATIEK SMITH,                            [~~PROPOSED~~] ORDER

               Defendant.
-------------------------------------------------------X

TO:   Warden, Metropolitan Detention Center, MDC Brooklyn

RE:   Jatiek Smith, Fed. Reg. No. 08188-510

       Upon the application of Jill R. Shellow, an attorney for Jatiek Smith, the above referenced defendant/inmate, the MDC is hereby ORDERED to accept from Ms. Shellow or other members of the defense team working under Ms. Shellow's direction, the clothing itemized below, to permit Mr. Smith to wear this clothing during his trial, which will begin on **May 1, 2023 at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007**, and to permit Ms. Shellow, or other members of the defense team working under her direction, to substitute clean clothing once per week for every week that the trial continues.

                           2 suits (or two sports coats and two dress slacks)
                           5 dress shirts
                           1 belt
                           3 neckties
                           5 pr. dress socks
                           5 undershirts
                           1 pr. dress shoes

Dated:   New York, New York
           April __17__, 2023

                                  SO ORDERED: _____
                                                  HON. JED S. RAKOFF
                                                  UNITED STATES DISTRICT JUDGE