UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

      - v. -                                            22 CR 352 (JSR)

JATIEK SMITH,                                  [~~PROPOSED~~] ORDER

                Defendant.
------------------------------------------------------------X

TO:   Warden, Metropolitan Detention Center, MDC Brooklyn

RE:   Jatiek Smith, Fed. Reg. No. 08188-510

      WHEREAS the trial of Jatiek Smith starts on May 1, 2023,

      WHEREAS in recent weeks there have been numerous security-necessitated lockdowns in the MDC that have prevented Mr. Smith from having access to a computer to meaningfully review his discovery and adequately prepare for trial, and

      WHEREAS there is no reason to believe that the lockdowns will significantly abate between now and the end of Mr. Smith's trial,

      IT IS HEREBY ORDERED that regardless of lockdowns in the facility, MDC shall permit Mr. Smith to have access to a computer to prepare for trial for no fewer than seven hours per day every day starting immediately and continuing until May 1, 2023 and after the trial begins to have access to a computer for no fewer three hours per day on days when Mr. Smith's presence is required at the courthouse and no fewer than seven hours per day on days when Mr. Smith's presence at the courthouse is not required.

Dated:    New York, New York
              April __19__, 2023

                                      SO ORDERED: _____
                                                  HON. JED S. RAKOFF
                                                  UNITED STATES DISTRICT JUDGE