UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    - v. -                                                  22 CR 352 (JSR)

JATIEK SMITH,                            [PROPOSED] ORDER

                Defendant.
-----------------------------------------------------------X

TO:   Warden, Metropolitan Detention Center, MDC Brooklyn

RE:   Jatiek Smith, Fed. Reg. No. 08188-510

      WHEREAS the trial of Jatiek Smith starts on May 1, 2023;

      WHEREAS the Government has produced to the defendant pursuant to Rule 16, Fed. R. Crim. P. and 18 U.S.C. § 3500 extractions of several cell phones that require proprietary software to review;

      WHEREAS the computers provided by MDC and available for Mr. Smith's defense team to review discovery with Mr. Smith are not capable of running the proprietary software necessary to review the extractions;

      WHEREAS the proprietary software requires extensive time and thereby consumes significant battery life of laptops that members of Mr. Smith's defense team are permitted by MDC's rules to bring into their meetings with Mr. Smith to load the extractions so that the extractions can be reviewed by members of Mr. Smith's defense team with their client; and

      WHEREAS by the time that the extractions are loaded on the laptops of members of Mr. Smith's defense team there is insufficient battery life remaining on the laptops to conduct a meaningful review of the extractions with Mr. Smith,

      IT IS HEREBY ORDERED that the MDC shall permit the members of Mr. Smith's defense team identified below to bring into their contact meetings with Mr. Smith one power cord for their laptops, provided that if more than one laptop is required for the meeting only one power cord is permitted to be brought into the meeting.

      IT IS FURTHER ORDERED that the power cord that members of Mr. Smith's defense team may bring into their meetings with Mr. Smith is in addition to any non-power

cords that are necessary to connect external hardware to their laptops and that members of the defense team are otherwise permitted to bring into their meetings with Mr. Smith

    Thomas H. Nooter, Esquire (attorney)
    Jill R. Shellow, Esquire (attorney)
    Nicholas Taliercio, Esquire (associate attorney)
    Alexandra H. Mahnken (paralegal)
    Ronald J. Dwyer (investigator)

Dated:  New York, New York
    April  19, 2023

SO ORDERED: _____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE