# LAW OFFICES OF JILL R. SHELLOW

---

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue, White Plains, New York 10601

April 30, 2023

**BY EMAIL ONLY**
The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
RakoffNYSDChambers@nysd.uscourts.gov

   RE: *United States v. Jatiek Smith, 22 Cr. 352 (JSR)*

Dear Judge Rakoff:

  I am writing on behalf of Jatiek Smith and with Your Honor's permission to submit a letter.

  Andrew G. Patel, Esq., and I met with Mr. Smith this morning. Mr. Smith has written to Your Honor, and the letter is attached. Mr. Smith has decided to withdraw his request to proceed *pro se* and would like to continue with me and Mr. Patel as his counsel. Mr. Smith has consented to have his trial start on August 14, 2023. Accordingly, I respectfully request that Your Honor appoint Mr. Patel as co-counsel for Mr. Smith *nunc pro tunc* to April 21, 2023. I also ask that Mr. Patel be permitted to participate in the telephone conference scheduled for tomorrow, May 1 at 5:15 PM.

  At last week's conference, Your Honor asked Mr. Smith to prepare a laundry list of his concerns. Mr. Smith provided us with a list, and I respectfully request that I be permitted to email the list to Your Honor's chambers and the Government prior to tomorrow's conference. Finally, I respectfully request that this letter and the attachment be docketed.

  Thank you for your consideration.

            Respectfully submitted,

            */s/ Jill R. Shellow*

            Jill R. Shellow

Copies to:
  AUSA Mollie Bracewell and AUSA Rushmi Bhaskaran
  AUSA Elizabeth Espinosa and AUSA Adam Hobson
  Andrew G. Patel, Esq.
  Jatiek Smith (by legal mail)

Admitted: NY, CT, DC

Your Honor                                    4/30/23

   I would first like to apologize not for losing my Patience, but for allowing these circumstances to waver my faith. For that I am ashamed.

   My wife has made it clear that she is not okay with me proceeding Pro Se Among other family members. I am not Pretending to be mighty, this Place deteriorates my mental health more and more. But my family is watching so I need to stand strong. I have promised my family that at no time will I attempt to go Pro se from here on out.

   For the last 6 years I have said the Lords Prayer every waking day. When I ask for forgiveness I know I must extend it. So I am required to start new. From this point I will start new with the appointed attorneys. And I accept your honors sincere and gracious concern as sound advice. God willing nothing Prevents the August 15th trial date from going forward. Thank you for your Patience.

                                Respectfully
                                Jatiek Smith