```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

-v-

JATIEK SMITH et al.,

Defendants.

22-cr-352 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

In light of exigent health circumstances that have required one of defendant Jatiek Smith's two lawyers to step back significantly from this case, Mr. Smith's present counsel Jill Shellow has sought and received the assistance of Andrew G. Patel, Esq., a highly qualified member of this District's CJA panel. The Court therefore appoints Mr. Patel as co-counsel to Mr. Smith. Since Mr. Patel has been involved since April 21, 2023 -- when the health issues affecting one of Mr. Smith's present lawyers first became apparent -- the Court renders this appointment <u>nunc pro tunc</u> to April 21, 2023.

SO ORDERED.

New York, NY
May 1, 2023

JED S. RAKOFF, U.S.D.J.