UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

       - v. -                                     22 CR 352 (JSR)

JATIEK SMITH,                                 **ORDER**

                 Defendant.
------------------------------------------------------------X

TO:   Warden, Metropolitan Detention Center, MDC Brooklyn

RE:   Jatiek Smith, Fed. Reg. No. 08188-510

       WHEREAS the trial of Jatiek Smith starts on August 14, 2023,

       WHEREAS in recent weeks there have been numerous security-necessitated lockdowns in the MDC that have prevented Mr. Smith from having access to a computer to meaningfully review his discovery and adequately prepare for trial, and

       WHEREAS there is no reason to believe that the lockdowns will significantly abate between now and the end of Mr. Smith's trial,

       IT IS HEREBY ORDERED that regardless of lockdowns in the facility, MDC shall permit Mr. Smith to have access to a computer to prepare for trial for no fewer than seven hours per day every day starting immediately and continuing until August 14, 2023 and after the trial begins to have access to a computer for no fewer three hours per day on days when Mr. Smith's presence is required at the courthouse and no fewer than seven hours per day on days when Mr. Smith's presence at the courthouse is not required.

Dated:     New York, New York
               May __1__, 2023

                                          SO ORDERED: _____
                                                   HON. JED S. RAKOFF
                                                   UNITED STATES DISTRICT JUDGE