

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 24, 2023

**BY EMAIL**

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Jatiek Smith, et al*, **22 Cr. 352 (JSR)**

Dear Judge Rakoff:

    Please be advised that I will be leaving the U.S. Attorney's Office. Accordingly, I respectfully request that the Clerk of Court remove me as counsel of record from all future ECF notifications in this case.

    Thank you for the Court's consideration.

SO ORDERED

/s/ Jed S. Rakoff
USDJ
5-26-23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/ Mary E. Bracewell
    Mary E. Bracewell
    Assistant United States Attorney
    (212) 637-2218

cc:    Counsel of Record