AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22 Cr. 352 (JSR) |
| Jatiek Smith, *et. al.*, | ) |
| *Defendants* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States.

Date: 06/30/2023

/s/ Marguerite B. Colson
*Attorney's signature*

Marguerite B. Colson -- 5426903
*Printed name and bar number*

One St. Andrew's Plaza
New York, NY 10007

*Address*

marguerite.colson@usdoj.gov
*E-mail address*

(212) 637-2587
*Telephone number*

(212) 637-2429
*FAX number*