**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
:
UNITED STATES OF AMERICA                  :
:
            -against-                     :          **ORDER**
:
Jatiek Smith                              :
:                  22cr352-01 (JSR)
:                      Docket #
------------------------------------------x

Hon. Jed S. Rakoff        , **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to this case

Jill R. Shellow            is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  John P. Buza          , NUNC-PRO-TUNC _____.
                         Attorney's Name

                                    **SO ORDERED.**

                        *Jed S. Rakoff, U.S.D.J.*
                        _____
                        **UNITED STATES DISTRICT JUDGE**


**Dated:   New York, New York**   7/20/2023