| | |
|---|---|
| The Honorable Jed S. Rakoff | Jatiek Smith 08188-510 |
| United States District Judge | MDC Brooklyn |
| Daniel Patrick Moyniham United State Courthouse | P.O. Box 329002 |
| 500 Pearl Street | Brooklyn, N.Y. 11232 |
| New York, N.Y. 10007 | |

Re:   *United States of America V. Jatiek Smith, et al., 22 Cr. 352(JSR)*

Dear Judge Rakoff:

I have met with attorney John P. Buza and I am willing to accept him as my attorney. I am fully aware that the trial date will need to be postponed in order to give him the necessary time to prepare.

Sincerely



Jatiek Smith #08868-510
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

The Honorable Jed S. Rakoff
United States District Judge
500 Pearl Street
New York, NY 10007

U.S. POSTAGE PAID
FCM LETTER
STATEN ISLAND,
JUL 24, 2023
$4.35