UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JATIEK SMITH et al.,<br><br>Defendants. | 22-cr-352 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The Court has been informed by the United States Marshal Service that the above-named defendant refused, once again, to exit his cell to be produced for a scheduled court hearing.

**IT IS HEREBY ORDERED** that the United States Marshal Service use the necessary measures, including the use of force if needed, to remove the defendant from his cell and produce him in Courtroom 14B for the hearing at 3 P.M.

SO ORDERED.

New York, NY
September 6, 2023

_____
JED S. RAKOFF, U.S.D.J.

1