```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JATIEK SMITH et al.,<br><br>Defendants. | 22-cr-352 (JSR)<br><br>ORDER |

TO: Warden, Metropolitan Detention Center, MDC Brooklyn

RE: Jatiek Smith, Fed. Reg. No. 08188-510

The trial of Jatiek Smith was previously scheduled to start on August 14, 2023. By Order dated May 1, 2023, the Court found that numerous security-necessitated lockdowns in the MDC were preventing Mr. Smith from having access to a computer to meaningfully review his discovery and adequately prepare for trial, and the Court accordingly directed that Mr. Smith be provided access to a computer notwithstanding the lockdowns. See Dkt.214. The trial of Mr. Smith has since been rescheduled and will now commence on November 27, 2023. Accordingly, the Court's May 1, 2023, electronic access order (Dkt. 214) is hereby vacated and the following Order substituted.

It is hereby ordered, on consent of the parties, that, regardless of lockdowns in the facility, MDC shall permit Mr. Smith to have access to a computer to prepare for trial for no fewer than seven hours per day every day starting on November 6, 2023 and continuing until November 27, 2023, and after the trial begins to have access to a computer for no fewer three hours per day on days

1

when Mr. Smith's presence is required at the courthouse and no fewer than seven hours per day on days when Mr. Smith's presence at the courthouse is not required.

    SO ORDERED.

New York, NY
September 25 2023

                                       JED S. RAKOFF, U.S.D.J.