5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
UNITED STATES OF AMERICA              :
                                      :
        -against-                     :       ORDER
                                      :
Jatiek Smith                          :
                                      :       22cr352-01(JSR)
                                      :       Docket #
                                      :
---------------------------------------x


Jed S. Rakoff
_____, DISTRICT JUDGE:
    Judge's Name

The C.J.A. attorney assigned to this case                    and the standby
_____John Buza is hereby ordered substituted

representation of the defendant in the above captioned

                            Sanford Talkin
matter is assigned to _____, NUNC-PRO-TUNC _____

(Standby counsel for trial beginning 11/27/23 at
which defendant is representing himself pro se)
                                        SO ORDERED.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

Attorney John Buza is hereby relieved as counsel.


Dated:  New York, New York
        10/23/23