UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :           ORDER
                                    :
Jatiek Smith                        :
                                    :        22cr352-01 (JSR)
                                    :           Docket #
                                    :
------------------------------------x


Hon Jed S. Rakoff,_____, DISTRICT JUDGE:
        Judge's Name

The C.J.A. attorney assigned to this case

Sanford Talkin_____ is hereby ordered substituted
        Attorney's Name

and the stand by representation of the defendant in the above captioned

matter is assigned to Russ Capone_____, NUNC-PRO-TUNC _____
                        Attorney's Name
  (Standby counsel for trial beginning 11/27/23 at which defendant is representing
  himself pro se .)
                                        SO ORDERED.

                                        _____
                                        UNITED STATES DISTRICT JUDGE


Dated:  New York, New York
        10-24-23