UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>JATIEK SMITH et al.,<br><br>            Defendants. | 22-cr-352 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On June 1, 2023, defendant Jatiek Smith filing a motion to reconsider the Order of the Court denying his motion to suppress evidence obtained from a warrantless search of his phone during a boarder stop at Newark International Airport on March 2, 2021. *See* Dkt. 226. After full consideration of the parties' written submissions, the Court hereby denies defendant's motion for reconsideration. An opinion setting forth the reasons for this ruling will issue in due course.

    SO ORDERED.

New York, NY
November 6, 2023

_____
JED S. RAKOFF, U.S.D.J.