```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>JATIEK SMITH et al.,<br><br>         Defendants. | 22-cr-352 (JSR)<br><br>ERRATUM |

JED S. RAKOFF, U.S.D.J.:

Regarding the Memorandum Order in this case filed on November 15, 2023 (Dkt. 311), the word "metal" on page 11, line 10 is hereby corrected to read "mental".

SO ORDERED.

New York, NY
November 16, 2023

_____
JED S. RAKOFF, U.S.D.J.

1