UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
  :
U.S. v. JATIEK SMITH                         :         **ORDER**
  :
                                             :         22-Cr-352 (JSR)
  :
-------------------------------------------------------------x

Upon the application of Damian Williams, United States Attorney, by Elizabeth A. Espinosa, Assistant United States Attorney, made to this Court by affirmation dated July 12, 2023, and pursuant to the All Writs Act, 28 U.S.C. § 1651, it is hereby ORDERED that:

1. The United States Marshals Service for the Southern District of New York allow agents, who are members of the Department of Homeland Security, Homeland Security Investigations ("HSI") and the Federal Bureau Investigation ("FBI"), to remove JATIEK SMITH (Bureau of Prisons Register Number: 08188-510) from the USMS cellblock at the federal courthouse located at 500 Pearl Street, New York, New York, and to return him to that location on the same day that the is removed, on November 20, 2023.

2. The agents from HSI and FBI shall keep SMITH in their custody and shall be responsible for his safekeeping and welfare during the periods in which they have custody of him; and

Dated: New York, New York
       November __17__, 2023

_____
JED S. RAKOFF, U.S.D.J.