UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

   - v. -

JATIEK SMITH,

       Defendant.

------------------------------------------------------X

22 CR 352 (JSR)

[PROPOSED] ORDER

TO: Warden, Metropolitan Detention Center, MDC Brooklyn

RE: Jatiek Smith, Fed. Reg. No. 08188-510

    WHEREAS the trial of Jatiek Smith starts on November 27, 2023;

    WHEREAS Mr. Smith is proceeding to trial pro se;

    WHEREAS Mr. Smith needs to draft witness examinations in advance of trial;

    WHEREAS Mr. Smith allegedly needs to further review and analyze the extensive discovery produced in his case,

    IT IS HEREBY ORDERED that the MDC shall permit the members of Mr. Smith's standby counsel team identified below to bring into their contact meetings with Mr. Smith and leave him with five Bic pens and 3 blank notepads.

    IT IS FURTHER ORDERED that members of Mr. Smith's standby counsel team may bring into their meetings with Mr. Smith and leave in his possession one copy of the Bible.

        Russell Capone, Esquire (attorney)
        Alessandra Rafalson, Esquire (attorney)
        Victoria Pasculli, Esquire (attorney)
        Sarah Topol, Esquire (attorney)
        Anne Bigler, Esquire (attorney)
        Kate Bechtel (law clerk)

Nicholas Taliercio, Esquire (paralegal / associate attorney)

Dated:    New York, New York
          November 22, 2023

                          SO ORDERED: _____
                                      HON. JED S. RAKOFF
                                      UNITED STATES DISTRICT JUDGE