UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

    - v. -

JATIEK SMITH,

        Defendant.

------------------------------------------------------X

22 CR 352 (JSR)

[PROPOSED] ORDER

TO: Warden, Metropolitan Detention Center, MDC Brooklyn

RE: Jatiek Smith, Fed. Reg. No. 08188-510

    WHEREAS the trial of Jatiek Smith is scheduled to begin on November 27, 2023;

    WHEREAS the Government has produced to the defendant pursuant to Rule 16, Fed. R. Crim. P. and 18 U.S.C. § 3500, extractions of several cell phones that require proprietary software to review;

    WHEREAS the proprietary software requires extensive time and thereby consumes significant battery life of laptops that members of Mr. Smith's standby counsel are permitted by MDC's rules to bring into their meetings with Mr. Smith to load the extractions so that the extractions can be viewed by Mr. Smith and

    WHEREAS by the time that the extractions are loaded on the laptops of members of Mr. Smith's standby counsel team there is insufficient battery life remaining on the laptops to conduct ~~a meaningful~~ an allegedly full review of the extractions with Mr. Smith,

    IT IS HEREBY ORDERED that, *so long as Mr. Smith remains in the general population*, the MDC shall permit the members of Mr. Smith's standby counsel team identified below to bring into their contact meetings with Mr. Smith one

power cord for their laptops, provided that if more than one laptop is required for the meeting only one power cord is permitted to be brought into the meeting.

IT IS FURTHER ORDERED that the power cord that members of Mr. Smith's standby counsel team may bring into their meetings with Mr. Smith is in addition to any non-power cords that are necessary to connect external hardware to their laptops and that members of the standby counsel team are otherwise permitted to bring into their meetings with Mr. Smith.

IT IS FURTHER ORDERED that Mr. Smith must be provided a space to meet with his counsel that has outlets.

        Russell Capone, Esquire (attorney)
        Alessandra Rafalson, Esquire (attorney)
        Victoria Pasculli, Esquire (attorney)
        Sarah Topol, Esquire (attorney)
        Anne Bigler, Esquire (attorney)
        Kate Bechtel (law clerk)
        Nicholas Taliercio, Esquire (paralegal / associate attorney)

Dated:    New York, New York
           November 22, 2023

SO ORDERED: _____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE