UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JATIEK SMITH,<br><br>*Defendant.* | 23 CR 352 (JSR)<br><br>[PROPOSED] ORDER |

JED S. RAKOFF, United States District Judge:

Upon the application of the Defendant, JATIEK SMITH, it is hereby:

**ORDERED** that the Bureau of Prisons, Metropolitan Detention Center (the "MDC"), accept the following clothing, and any additional substitute clothing items, for Jatiek Smith, Register Number 08188-510, in advance of his trial scheduled to begin on Monday, November 27, 2023, and to continue for approximately one week.

1. Three suits (or three sports coats and three dress slacks)
2. Five dress shirts
3. One belt
4. Four neckties
5. Five pr. dress socks
6. Five undershirts
7. One pr. dress shoes

**ORDERED** that the MDC permit Mr. Smith to wear such clothing and that the U.S. Marshal Service accept and transport Mr. Smith to Court wearing such clothing on **November 27, 2023**, and any date thereafter until his trial is concluded.

**SO ORDERED.**

Date: November 22, 2023
New York, NY

_____
HON. JED S. RAKOFF
United States District Judge