UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JATIEK SMITH et al.,<br><br>Defendants. | 22-cr-352 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On December 14, 2023, *pro se* defendant Jatiek Smith filed a renewed motion for release on bail (Dkt. 324) and a motion for return of property (Dkt. 325). Having reviewed these motions, the Government's opposition thereto (Dkt. 326), and defendant's further submission to the Court through standby counsel on December 19, 2023, the Court hereby denies defendant's motions, largely for the reasons stated in the Government's opposition and the Court's own prior rulings on the subject.

SO ORDERED.

New York, NY
December 21, 2023

_____
JED S. RAKOFF, U.S.D.J.

1