UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JATIEK SMITH et al.,<br><br>Defendants. | 22-cr-352 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On January 11, 2024, *pro se* defendant Jatiek Smith submitted a motion, through his standby counsel, requesting a four-day release from pre-verdict detention in order to attend his daughter's sixteenth birthday party. On January 15, 2024, the Government submitted its response opposing Mr. Smith's request. Although the Court is sympathetic to Mr. Smith's wish to attend this familial occasion, the request must still be denied essentially for the reasons set forth in the Government's papers.

SO ORDERED.

New York, NY
January 16, 2024

JED S. RAKOFF, U.S.D.J.

1