```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        -v-<br><br>JATIEK SMITH et al.,<br><br>        Defendants. | 22-cr-352 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Defendant Jatiek Smith, through his standby counsel Russell Capone, has requested that his standby counsel be appointed as regular counsel for purposes of sentencing. *See* Dkt. 364. That request is hereby granted. Accordingly, however, the Court will no longer accept any submissions directly from Mr. Smith himself as he is no longer representing himself *pro se*. All further applications by Mr. Smith must be made through Mr. Capone in accordance with the Court's rules.

Mr. Smith also requests that the Court order the Warden at the MDC to grant Mr. Smith more than five hours in the law library per week. *See* Dkt. 364. Given the Court's appointment of Mr. Capone, this additional time appears unnecessary and accordingly that request is hereby denied.

SO ORDERED.

New York, NY
April 2, 2024

JED S. RAKOFF, U.S.D.J.

1