UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JATIEK SMITH,

*Defendant.*

22 CR 352 (JSR)

[PROPOSED] ORDER

---

JED S. RAKOFF, United States District Judge:

Upon the application of the Defendant, JATIEK SMITH, it is hereby:

**ORDERED** that this Court's appointment of Criminal Justice Act Attorney Russell Capone to represent Mr. Smith for the purposes of sentencing be continued, pursuant to the Criminal Justice Act, to include any appeal of the above-captioned matter.

**SO ORDERED.**

Date: June 18, 2024
New York, NY

_____
HON. JED S. RAKOFF
United States District Judge