UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JATIEK SMITH,<br><br>*Defendant.* | 22 CR 352 (JSR)<br><br>[PROPOSED] ORDER |

JED S. RAKOFF, United States District Judge:

Upon the application of the Defendant, JATIEK SMITH, it is hereby:

**ORDERED** that the Clerk of Court shall make available to Russell Capone, counsel of record for Defendant in this action and in his pending appeal, all filings submitted on this docket currently maintained under seal, and permit counsel to obtain copies of the same.

**ORDERED** that the Clerk of Court shall ensure that all filings submitted on this docket currently maintained under seal are included, maintaining their seal, in the record transmitted to the Court of Appeals for Defendant's pending appeal, *United States v. Jatiek Smith,* Case Number 24-1680.

**SO ORDERED.**

Date:  October 18, 2024
       New York, NY

HON. JED S. RAKOFF
United States District Judge